1

2

3

4

5

6

7

8                      **UNITED STATES DISTRICT COURT**

9                      **CENTRAL DISTRICT OF CALIFORNIA**

10

11

12  CHARLES McINTOSH,              )      No. CV 09-4578-GAF(CW)
                                   )
13                Petitioner,      )      JUDGMENT
                                   )
14      v.                         )
                                   )
15  ARNOLD VALDEZ, et al.,         )
                                   )
16                Respondents.     )
     _____)

17

18      **IT IS ADJUDGED** that the petition for writ of habeas corpus is

19  dismissed, without prejudice, as wholly unexhausted.

20

21  DATED:    January 8, 2010

22

23                                   _____
                                          GARY A. FEESS
24                                     United States District Judge

25

26

27

28